THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    v.<br><br>Palmden Restaurants, LLC dba Denny's #7598; *et al.,*<br><br>    Defendants.<br>_____ | Case No. 5:15-cv-01506-R-SPx<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants Palmden Restaurants, LLC dba Denny's #7598, and Rich Development Indio III, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 4, 2016

_____
United States District Judge
Honorable Manuel L. Real

*Vogel v. Palmden Restaurants, LLC; et al.*     Case No. 5:15-cv-01506-R-SPx
Order re: Joint Stipulation for Dismissal
Page 1